IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
|---|---|---|
|  | ) |  |
| BURDI, MICHAEL | ) | CASE NO. 05-19765-SQU |
|  | ) |  |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
|  | ) | BANKRUPTCY JUDGE |
|  | ) |  |

## ORDER AWARDING SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's Counsels' final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's Counsels' final requests for the allowance of fees and expenses are allowed as follows:

1.  Attorney for the Trustee
    SPRINGER, BROWN, COVEY, GAERTNER
    & DAVIS, LLC
    a.  Compensation                              $3,412.50
    b.  Expenses                                  $0.00

            TOTAL                                 $3,412.50

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 2006.

ENTERED:

_____
UNITED STATES BANKRUPTCY JUDGE

Prepared by:

David R. Brown
(ARDC #3122323)
400 S. County Farm Road
Suite 330
Wheaton, IL 60187