**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| BURDI, MICHAEL | ) | CASE NO. 05-19765-SQU |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   COURTROOM 2000
          DUPAGE COUNTY COURTHOUSE
          505 NORTH COUNTY FARM ROAD
          WHEATON, IL.  60187

    On:  January 12, 2007           Time:  10:00 a.m.

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    Receipts                                                         $40,151.38

    Disbursements                                                         $0.00

    Net Cash Available for Distribution                              $40,151.38

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| DAVID R. BROWN<br>TRUSTEE COMPENSATION | $0.00 | $3,651.37 | $150.00 |
| SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC<br>ATTORNEY FOR TRUSTEE | $0.00 | $3,412.50 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are: none

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $32,115.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100% plus 3.3500% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 0001 | ARNSTEIN & LEHR | $20,977.40 | $21,612.59 |

8. This is a surplus estate. Thus it appears that a distribution in the amount of $11,324.92 will be made to Debtor Michael Burdi.

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor has not been discharged.


Dated: December 11, 2006                                                For the Court,


                                                                        By:    KENNETH S GARDNER
                                                                               Kenneth S. Gardner
                                                                               Clerk of the U.S. Bankruptcy Court
                                                                               219 S. Dearborn Street; 7th Floor
                                                                               Chicago, IL 60604

| | |
|---|---|
| Trustee: | David R. Brown |
| Address: | 400 South County Farm Road |
| | Suite 330 |
| | Wheaton, IL 60187 |
| Phone No.: | (630) 510-0000 |