**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| BURDI, MICHAEL | ) | CASE NO. 05-19765-SQU |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:  COURTROOM 2000
        DUPAGE COUNTY COURTHOUSE
        505 NORTH COUNTY FARM ROAD
        WHEATON, IL. 60187

   On: January 12, 2007           Time: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                           $40,151.38

   Disbursements                                           $0.00

   Net Cash Available for Distribution                $40,151.38

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| DAVID R. BROWN<br>TRUSTEE COMPENSATION | $0.00 | $3,651.37 | $150.00 |
| SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC<br>ATTORNEY FOR TRUSTEE | $0.00 | $3,412.50 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are: none

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $32,115.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100% plus 3.3500% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 0001 | ARNSTEIN & LEHR | $20,977.40 | $21,612.59 |

8. This is a surplus estate. Thus it appears that a distribution in the amount of $11,324.92 will be made to Debtor Michael Burdi.

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor has not been discharged.

Dated: December 11, 2006                    For the Court,

                                            By:   KENNETH S GARDNER
                                                  Kenneth S. Gardner
                                                  Clerk of the U.S. Bankruptcy Court
                                                  219 S. Dearborn Street; 7th Floor
                                                  Chicago, IL 60604

| | |
|---|---|
| Trustee: | David R. Brown |
| Address: | 400 South County Farm Road |
| | Suite 330 |
| | Wheaton, IL  60187 |
| Phone No.: | (630) 510-0000 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1              Date Rcvd: Dec 11, 2006
Case: 05-19765                 Form ID: pdf002          Total Served: 12

The following entities were served by first class mail on Dec 13, 2006.
db         +Michael Burdi,    507 Essex Place,   Carol Stream, Il 60188-9247
aty        +Bruce L Jorgensen,    134 N Lasalle St 12th Flr,    Chicago, IL 60602-1086
aty        +Carol Cadiz,   A Traub & Cadiz,    101 Orchard Terrace,    Lombard, IL 60148-2218
aty        +Linda M Kujaca,    105 W Madison,   Chicago, IL 60602-4602
tr         +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,     400 South County Farm Road,
             Suite 330,    Wheaton, IL 60187-4547
10687101   +Arnstein & Lehr,    c/o Heller and Frisone, Ltd.,     33 N. LaSalle Street, Suite 1200,
             Chicago, IL 60602-3415
9358651    +Arnstein, Lehr & Associates,     04 Ml 129739,   120 S. Riverside Plaza, Ste. 1200,
             Chicago, IL 60606-3910
9358654    +Board of Trustees,,    IL Benefit Fund,,    1295 Butterfield Rd.,    Aurora, IL 60502-8879
10735976   +Cadiz, Carol,    1305 Remington Rd.,    Suite 0,   Schaumburg, IL 60173-4833
9358655    +Cingular Wireless,    830 N. Milwaukee Ave.,    Chicago, IL 60622-4103
9358653    +James  T. Sullivan as Trustee,    f the IL Benefit Fund Local 130AA,,    1340 W. Washington Blvd.,
             Chicago, IL 60607-1980
9358652    +Law Offices of Heller & Frisone,     33 N. LaSalle Ste, 1200,    Chicago, IL 60602-2866

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Gina B Krol
aty          Joseph E Cohen
aty          Marc C Scheinbaum
cr           James T Sullivan
aty*       +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
             Suite 330,    Wheaton, IL 60187-4547
aty*       +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,     400 South County Farm Road,
             Suite 330,    Wheaton, IL 60187-4547
                                                                                                TOTALS: 4, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 13, 2006**                      **Signature:** *Joseph Speetjens*