IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| BURDI, MICHAEL | ) | CASE NO. 05-19765-SQU |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## DISTRIBUTION REPORT

I, David R. Brown, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution.

### SUMMARY OF DISTRIBUTION:

| | | |
|---|---|---:|
| Secured Claims: | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 7,213.87 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| General Unsecured Claims: | $ | 20,977.40 |
| Other: | $ | 635.19 |
| Surplus to Debtor: | $ | 11,324.92 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ | **40,151.38** |

DISTRIBUTION REPORT

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured claim | $ 0.00 | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 7,213.87 | 100.0000 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | DAVID R. BROWN | $3,651.37 | $3,651.37 |
| | CLERK, U.S. BANKRUPTCY COURT | $150.00 | $150.00 |
| | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC | $3,412.50 | $3,412.50 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses) | $ 0.00 | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $10,000.00 | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employment Funds. | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $4,925 | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2,225.00 | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(A)(7) Alimony Maintenance and Support | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724 - Tax Liens | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax claims, excluding fines and penalties | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full.) | $ 20,977.40 | 100.0000 |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| 0001   ARNSTEIN & LEHR | $20,977.40 | $20,977.40 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/ penalties | $ 0.00 | |
| CLAIM NO.    CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 638.63 | 100.0000 |
| CLAIM NO.    CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| 0001    ARNSTEIN & LEHR | $638.63 | $638.63 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 11,324.92 | 100.0000 |
| CLAIM NO.    CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| BURDI, MICHAEL | $11,324.92 | $11,324.92 |

The following claims are not included in the distribution because they have been disallowed by Court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| General Unsecured 726(a)(2) | 0002 | Carol Cadiz 1305 Remington Road Suite 0 Schaumburg, IL 60193 | $0.00 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: January 24, 2007

/s/ David R. Brown

Trustee