FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-19765
Case Name: MICHAEL BURDI
Taxpayer ID No: XX-XXX8299
For Period Ending: 8/10/2007

Trustee Name: DAVID R. BROWN
Bank Name: BANK OF AMERICA
Account Number/CD#: XXXXXX0552 - Interest earning MMA Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 3/18/2006 | 7 | MICHAEL BURDI | Proceeds of refinance | 1241-000 | 40,000.00 | | 40,000.00 |
| 3/31/2006 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.89 | | 40,010.89 |
| 4/28/2006 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 32.88 | | 40,043.77 |
| 5/31/2006 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 34.01 | | 40,077.78 |
| 6/30/2006 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 32.94 | | 40,110.72 |
| 7/31/2006 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 34.07 | | 40,144.79 |
| 8/7/2006 | INT | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 6.59 | | 40,151.38 |
| 8/7/2006 | | Transfer to Acct #XXXXXX0691 | Final Posting Transfer | 9999-000 | | 40,151.38 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 40,151.38 | 40,151.38 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 40,151.38 | |
| Subtotal | 40,151.38 | 0.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 40,151.38 | 0.00 | |

Page Subtotals   40,151.38   40,151.38

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Case No: 05-19765
Case Name: MICHAEL BURDI
Taxpayer ID No: XX-XXX8299
For Period Ending: 8/10/2007

Trustee Name: DAVID R. BROWN
Bank Name: BANK OF AMERICA
Account Number/CD#: XXXXXX0691 - Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 8/7/2006 | | Transfer from Acct #XXXXXX0552 | Transfer In From MMA Account | 9999-000 | 40,151.38 | | 40,151.38 |
| 1/24/2007 | 000101 | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>SUITE 330<br>WHEATON, IL 60187 | Chapter 7 Compensation/Fees | 2100-000 | | 3,651.37 | 36,500.01 |
| 1/24/2007 | 000102 | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | | 3110-000 | | 3,412.50 | 33,087.51 |
| 1/24/2007 | 000103 | CLERK, U.S. BANKRUPTCY COURT<br>7th Floor, Federal Building<br>219 South Dearborn Street<br>Chicago, IL 60604 | Filing Fee: Adv. No. 05-02749 | 2700-000 | | 150.00 | 32,937.51 |
| 1/24/2007 | 000104 | ARNSTEIN & LEHR<br>c/o Heller and Frisone, Ltd.<br>33 N. LaSalle Street, Suite 1200<br>Chicago, IL 60602 | Claim 0001, Payment 103.04437%<br>FINAL DISTRIBUTION | | | 21,616.03 | 11,321.48 |
| | | | (20,977.40) | 7100-000 | | | |
| | | | (638.63) | 7990-000 | | | |
| 1/24/2007 | 000105 | BURDI, MICHAEL<br>507 ESSEX PLACE<br>CAROL STREAM, IL 60188 | Surplus Funds | | | 11,321.48 | 0.00 |
| | | | (10,987.00) | 8200-002 | | | |
| | | | (334.48) | 7990-000 | | | |
| 5/1/2007 | 000105 | BURDI, MICHAEL<br>507 ESSEX PLACE<br>CAROL STREAM, IL 60188 | Stop payment received from ETRX<br>Surplus Funds | | | -11,321.48 | 11,321.48 |
| | | | 10,987.00 | 8200-002 | | | |
| | | | 334.48 | 7990-000 | | | |
| | | | | Page Subtotals | 40,151.38 | 28,829.90 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Case No: 05-19765
Case Name: MICHAEL BURDI
Taxpayer ID No: XX-XXX8299
For Period Ending: 8/10/2007

Trustee Name: DAVID R. BROWN
Bank Name: BANK OF AMERICA
Account Number/CD#: XXXXXX0691 - Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 5/4/2007 | 000106 | MICHAEL BURDI<br>c/o Carol Cadiz, Attorney at Law<br>1305 Remington Road<br>Suite O<br>Schaumburg, IL 60173 | Surplus to Debtor | 8200-002 | | 619.84 | 10,701.64 |
| 5/4/2007 | 000107 | MICHAEL BURDI<br>c/o Carol Cadiz, Attorney at Law<br>1305 Remington Road<br>Suite O<br>Schaumburg, IL 60173 | Balance of Surplus to Debtor | 8200-002 | | 10,701.64 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 40,151.38 | 40,151.38 | 0.00 |
| Less: Bank Transfers/CD's | 40,151.38 | 0.00 | |
| Subtotal | 0.00 | 40,151.38 | |
| Less: Payments to Debtors | 0.00 | 11,321.48 | |
| Net | 0.00 | 28,829.90 | |

Page Subtotals        0.00        11,321.48

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Case No: 05-19765
Case Name: MICHAEL BURDI
Taxpayer ID No: XX-XXX8299
For Period Ending: 8/10/2007

Trustee Name: DAVID R. BROWN
Bank Name: BANK OF AMERICA
Account Number/CD#: XXXXXX0701 - Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  | No transactions |  |  |  |  |  |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 0.00 | 0.00 |  |
| Less: Payments to Debtors | 0.00 | 0.00 |  |
| Net | 0.00 | 0.00 |  |

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Interest earning MMA Account - XXXXXX0552 | 40,151.38 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - XXXXXX0691 | 0.00 | 28,829.90 | 0.00 |
| Checking Account (Non-Interest Earn - XXXXXX0701 | 0.00 | 0.00 | 0.00 |
|  | 40,151.38 | 28,829.90 | 0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Page Subtotals   0.00   0.00